

FILED
MAY 06 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>JOSE VAZQUEZ GOMEZ,<br><br>              Defendant. | CASE NO. 14CR0931-AJB-GT<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

     8:1326 (a) and (b) - Removed Alien Found in the United States.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/5/14

                                      Gordon Thompson, Jr.
                                      U.S. District Judge